IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JARROD MARQUEL JOHNSON, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-56
)         CR413-065
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2255 motion is hereby **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE** to allow him to refile in the proper district once he has fulfilled his claim's exhaustion requirement. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA